THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROMAN J. MARCINKOWSKI, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent.

Submitted February 25, 1946; decided March 7, 1946.

*Roman J. Marcinkowski,* in person, for motion.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd, Patrick H. Clune* and *Irving I. Waxman* of counsel), opposed.

Motion dismissed on the ground that no appeal lies to this court from the order of the Appellate Division denying leave to prosecute an appeal to that court as a poor person, since the order does not finally determine the proceeding within the meaning of the Constitution.